# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United Food and Commercial Workers
Unions and Employers Midwest Health
Benefits Fund,

        Plaintiff,

vs.

Unimed Pharmaceuticals, Inc., et al.,

        Defendants.

Civil No. 09-1168 (RHK/JSM)

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: May 15, 2009

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge